UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **McKINLEY P. ATKINS,** | ) | NO. SACV 09-0052-PSG(CT) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| **A. HEDGPETH, Warden,** | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and dismissed without prejudice.

DATED: 1/16/09

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE